# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　**Plaintiff,**<br><br>　vs.<br><br>**ISAAC R. WILLS,**<br><br>　　　　　　**Defendant.** | **Case Number:  8:15CB4**<br>**Violation Number: 3159286 NE6**<br>　　　　　　　　　　**3159287 NE6**<br>　　　　　　　　　　**3159288 NE6**<br><br>**ORDER** |

On the motion of the United States Attorney's Office, the above-referenced matter is hereby dismissed without prejudice.

ORDERED this 12th day of May, 2015.

**BY THE COURT:**

s/ Thomas D. Thalken
**United States Magistrate Judge**